In The United States District Court

Southern District of Mississippi

Amended Verified Complaint Affidavit



3:21-cv-75-TSL-FKB

Case: Brown v. Scott et al

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
FEB 22 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

Civil no: 3:21-cv-00019-
·CWR-LGI

My name is Micheal Gonzalez-Colon and I hereby file this complaint in regards to the negligence and disregard for human life displayed by the medical department here at Yazoo City Medium.

On 6-18-2020 I Micheal Gonzale-colon had urgent surgery performed after months of complaining about pain in my kidney area. Up until the time I fell faint from the pain and complications I sent sick-cell slips either electronically or manually complaining about my health and pain. Doctors and nurses ignored my pleas for approximately 90 days. It was determined I had gallstones. Which were removed on the above mentioned date.

Prior to the kidney stones I had contracted TB in 2018 a result of an Dietary worker exposing the entire population after having contracted the disease.

As of recently I've been exposed to Covid 19 after having a cellmate who contracted the deadly virus. I have copies of grievance and medical records to verify this issues and violations of my 8th Amendment rights committed by the Health Department here at Yazoo City Medium FCI.

The Delay the Health Dept. has displayed was cruel and inhumane, therefore violating my 8th amendment rights

I Michael Gonzalez-colon do hereby swear that the statements made herein are true and correct to the best of my knowledge and ability and that any false statements are purgary and subject to penalties

Signed

~~Michael Gonzalez-colon~~

Michael Gonzalez-colon

Reg # 26887-055

FCC. Yazoo City

P.O. Box 5000

Yazoo City MS. 39194