```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION
```

MICHAEL GONZALES-COLON,                                    PLAINTIFF
# 26887-055

VS.                              CIVIL ACTION NO. 3:21-cv-75-TSL-FKB

NANCY SCOTT, ET AL.                                       DEFENDANTS

ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate F. Keith Ball, and the court, having fully reviewed the report and recommendation entered in this cause on August 2, 2022, and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on August 2, 2022, be, and the same is hereby adopted as the finding of this court.  It follows that defendant's motion to dismiss is granted and that plaintiff's claims against defendants Scott and Strong are dismissed without prejudice, that his claims against defendant Chambers are dismissed with prejudice and that plaintiff's claims against Dr. Unknown Martiner are dismissed without prejudice based on his failure to prosecute.  See Fed. R. Civ. P. 41.

     A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

     SO ORDERED this 22nd day of August, 2022.


                /s/ Tom S. Lee_____
                UNITED STATES DISTRICT JUDGE